ROBERT W. FREEMAN
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| MANUAL GONZALEZ-RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, DOES I through XV, and ROE Corporations I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-2022-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S REPLY BRIEF**<br><br>**(First Request)** |

COME NOW Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") and Plaintiff MANUAL GONZALEZ-RODRIGUEZ ("Plaintiff"), by and through their counsel of record, and hereby stipulate and agree that the time for Defendant to file its Reply to Plaintiff's Response to Defendant's Motion to Determine Applicable Law, said Reply being due on August 11, 2020, be extended through and including August 14, 2020.

### Reason for Extension

Defendant seeks additional time to file its Reply. This is so because of the complexities of the legal issues and the need for additional time to accommodate staff and attorneys who are working remotely during this public health crisis. This stipulation is made in good faith and not



4820-6056-5447.1

for the purpose of delay. This is the first time counsel has requested such an extension for filing its Reply to Plaintiff's Response to Defendant's Motion to Determine Applicable Law.

| | |
|---|---|
| Dated this 10th day of August, 2020. | Dated this 10th day of August, 2020. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | GINA CORENA & ASSOCIATES |
| /s/ CHERYL A. GRAMES<br>Robert W. Freeman<br>Nevada Bar No. 03062<br>Cheryl A. Grames<br>Nevada Bar No. 12752<br>Tara U. Teegarden<br>Nevada Bar No. 15344<br>6385 South Rainbow Blvd., Ste. 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* | /s/ BETSY C. JEFFERIS-AGUILAR<br>Gina M. Corena<br>Nevada Bar No. 10330<br>Mahna Pourshaban<br>Nevada Bar No. 13743<br>Betsy C. Jefferis-Aguilar<br>Nevada Bar No. 12980<br>300 S. Fourth Street<br>Suite 1250<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff Manual Gonzalez-Rodriguez* |

**ORDER**

IT IS SO ORDERED.

Dated August 10, 2020.

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2020, I electronically filed the **STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S REPLY BRIEF** with the Clerk of the Court through Case Management/Electronic Filing System.

Gina M. Corena, Esq.
Mahna Pourshaban, Esq.
Betsy C. Jefferis-Aguilar, Esq.
GINA CORENA & ASSOCIATES
gina@lawofficecorena.com
mahna@lawofficecorena.com
betsy@lawofficecorena.com
*Attorneys for Plaintiff*

By: */s/ Mary Bradley-Estrada*
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP